UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

    Plaintiff

v.

JOSE VAZQUEZ-VAZQUEZ, LUZ
NELDA MELENDEZ-PARDO, and the
conjugal partnership
constituted by both

    Defendants

CIVIL NO. 97-2039 (JAF)

FORECLOSURE OF MORTGAGE

## ORDER FOR EVICTION

Upon motion filed by plaintiff herein, and it appearing from the records of this Court that the public sale of the mortgaged property was adjudicated to the plaintiff, and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff:

NOW, THEREFORE, the Court hereby orders the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein below in the manner and form provided in said judgment and as herein further provided:

> URBANA: Solar radicado en el Barrio Cibuco del término municipal de Corozal, Puerto Rico, marcado con el número Sesenta y Siete (67) del Bloque D en el plano de inscripción del proyecto Urbanización Residencial Cibuco, con una cabida superficial de TRESCIENTOS VEINTIDOS (punto) CERO CUATROCIENTOS SETENTA Y

USA v. José Vázquez-Vázquez, et als.
Civil No. 97-2039 (JAF)
Page 2

UNO (322.0471) METROS CUADRADOS, en lindes: por el Norte, con Alturas de Cibuco, *por el Sur, con el lote número Setenta y Ocho; por el Este, con el remanente de la finca principal de la cual se segrega y por el Oeste, con la Calle Cuatro de la Urbanización.

Sobre el solar arriba descrito enclava una casa de vivienda para una sola familia, terrera, de hormigón y bloques de concreto, consistente de sala-comedor, cocina, tres dormitorios, un baño, balcón y marquesina.

Pendiente de inscripción, pero la finca de la cual procede consta inscrita al folio Cuarenta (40) del Tomo Ciento Ochenta y Siete (187) de Corozal, finca número Cinco Mil Setecientos Cinco (5705).

OBSERVACION:

*Surge del Registro de la Propiedad por el Sur, con el lote #68.

Plaintiff's mortgage is recorded at page 84 of volume 217 of Corozal, property number 11440, 2nd inscription at the Registry of the Property of Barranquitas, Puerto Rico.

SO ORDERED in San Juan, Puerto Rico, this 28th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE