UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



United States of America

v.                                          CIVIL CASE:   97-2039  (JAF)

Jose Vazquez Vazquez

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date: 10/15/02 | Docket #: 18 | MOTION by All Defendants \|to Stay eviction\| |
| By: Defendants | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: The writ of eviction is stayed for 15 days pending the filing by the Government of a response to Mr. Juarez' motion for stay.

10/21/02
Date

USM by fax
10/22/02

_Jose A. Fuste_
United States District Judge