# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



United States of America

v.

Jose Vazquez Vazquez, et al.

CIVIL CASE: 97-2039 (JAF)

RECEIVED & FILED
02 NOV 18 AM 9:03
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 11/6/02 | Docket #: 20 | MOTION by USA |to Extend Time for 15 days to respond to motion to stay eviction| |
|---|---|---|
| By: Plaintiff | | |

## O-R-D-E-R

[X] GRANTED

[ ] DENIED

[ ] NOTED

[ ] MOOT

OTHER: *Term to expire on Nov. 21, 2002.*

11/14/2002
Date

_Jose A. Fuste_
José A. Fuste
United States District Judge

21a