# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



United States of America

v.

CIVIL CASE: 97-2039 (JAF)

Jose Vazquez Vazquez, et al.

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date: 11/20/02 | Docket #: 22 | MOTION by USA \|to Extend Time until 12/30/02 to resolve the eviction issue\| |
| By: Plaintiff | | |

### O-R-D-E-R

☒ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: _As requested_

12/11/2002
Date

Jose A. Fuste
United States District Judge